**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CENTER CAPITAL CORP.,

        Plaintiff,

vs.                                        Case No. 3:05-cv-304-J-16MCR

JAMES REESE STEWART

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Discovery in Aid of Execution (Doc. 24) filed on February 15, 2007. On September 20, 2006, judgment was entered in this case in favor of Plaintiff and against Defendant James Reese Stewart in the amount of $130,264.64 plus prejudgment interest, attorney's fees, and costs. (Doc. 22). Plaintiff represents no amounts have been paid by Defendant and thus, Plaintiff asks this Court to enter an Order requiring Defendant to complete Florida Civil Procedure Form 1.977 and file a notice of compliance with this Court.

Rule 69 of the Federal Rules of Civil Procedure provides the means for executing a judgment for the payment of money. Rule 69 provides in pertinent part:

> Process to enforce a judgment for the payment of money shall be a writ of execution unless the court directs otherwise. The procedure on execution . . . shall be in accordance with the practice and procedure of the state in which the district court is held, existing at the time the remedy is sought, except that any statute of the United States governs to the extent that it is applicable. *In aid of the judgment or execution, the judgment creditor . . . may obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in which the district court is held.*

Fed. R. Civ. P. 69(a) (emphasis added).  Thus, the procedure set forth by the Florida Rules of Civil Procedure may be used for discovery in aid of execution in this case.

Rule 1.560 of the Florida Rules of Civil Procedure provides the proper procedure for discovery in aid of execution.  Specifically, Rule 1.560(b) states "the court, at the request of the judgment creditor, shall order the judgment debtor . . . to complete form 1.977, including all required attachments, within 45 days fo the order or such other reasonable time as determined by the court."  Fla. R. Civ. P. 1.560(b).  Additionally, Rule 1.560(e) requires the judgment debtor to file with the clerk of court a notice of compliance with the order to complete form 1.977, and to serve a copy of the notice of compliance on the judgment creditor or the judgment creditor's attorney.  Fla. R. Civ. P. 1.560(e).

Plaintiff requests this Court enter an Order requiring Defendant to complete Civil Procedure Form 1.977, attached to Plaintiff's motion as Exhibit A, and to file a notice of compliance with the Clerk of Court.  As Judgment has been entered in favor of Plaintiff in this case, the Court finds the discovery Plaintiff seeks to pursue is appropriate. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion for Discovery in Aid of Execution (Doc. 23) is **GRANTED.**

2. Plaintiff shall complete and serve its response to Civil Procedure Form 1.977 no later than 5:00 p.m. on **Friday, March 23, 2007**.

3. Plaintiff shall file a notice of compliance with the Clerk of the District Court for the Middle District of Florida upon completion of Form 1.977.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  27th  day of February, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record